IN RE: TERRY SAULS, JR.   CASE NO. 10-13406

**BANK OF AMERICA, N.A.**

CHECK NUMBER: 1004

Claim 000002, Payment 2.61%
Innovative Mrchnt Sltn
21215 Burbank Blvd.
Woodland Hills CA 91367

Acct. 4190

1939622

PAY TO THE ORDER OF

United States Bankruptcy Court
LA

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX 0

DATE: 05/26/11
AMOUNT: ***********1.38

CASE NUMBER: 10-13406  B
ESTATE OF / Debtor: SAULS JR., TERRY

One Dollar And 38/100

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001004⑈ ⑆111000012⑆ 443797483⑈

5/31/11
DEPOSITED TO UNCLAIMED
UNDER $25.00
DUE: INNOVATIVE MRCHNT

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228623   - KW
* * C O P Y * *
May 31, 2011
15:23:00

UNC.UNDER$25
10-13406
Debtor.: TERRY SAULS
Trustee: Barbara Rivera-Fulton
Amount.:           $1.38 CH
Check#.: 1004

Total-> $1.38

FROM: RIVERA FULTON